MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
MICHAEL B. LEE, P.C.
2000 S. Eastern Avenue
Las Vegas, Nevada 89104
Telephone:   (702) 477.7030
Facsimile:   (702) 477.0096

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TMM, INC., a Nevada Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BROADCLIP, INC. dba FLYCAST, INC., a Pennsylvania Corporation; CHARLES MARIEA, individually; DEAN MARIEA, individually, DIGITAL DEFINITION, LLC, an Ohio Corporation; and DOES 1-100; and ROE CORPORATIONS 101-200,<br><br>　　　　　Defendants. | CASE NO.: 2:12-cv-01817-GNM-PAL<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

Plaintiff TMM, INC. ("TMMI" or "Plaintiff"), by and through its attorneys of record, MICHAEL B. LEE, P.C., and Defendants CHARLES MARIEA, DEAN MARIEA, and DIGITAL DEFINITION, LLC ("collectively referred to as "Defendants") ("Plaintiff" and "Defendants" are collectively referred to as "Parties"), by and through their counsel of record, WEIDE & MILLER, LTD., hereby agree and stipulate as follows:

1.　　That Defendants were served with the Complaint on September 27, 2012. However, the Parties commenced in settlement discussions that continued to the present time.

2.　　That removal of this matter was based on diversity of citizenship by Defendant BROADCLIP, INC. dba FLYCAST, INC ("FlyCast") based on the out-of-state domicile of FlyCast. While Defendants are out-of-state residents, Defendants were not going to agree to the removal of this action to federal court.

3.　　Plaintiff notified FlyCast that Defendants were unlikely to agree to the removal, and it was mutually understood that this matter would be remanded if settlement with Defendants

1 was unsuccessful. Since then, Plaintiff successfully reached a settlement with FlyCast, although

2 settlement with Defendants was unfruitful.

3     4.    That there are no federal claims in this action.

4     5.    Defendants were properly served in the state court action.

5     6.    Defendants refuse to join in the notice of removal filed by FlyCast.

6     7.    Plaintiff has a separate action against Defendants in state court, and the Parties

7 intend on consolidating those two matters into a single case.

Dated this 23 day of May, 2013.      Dated this 23 day of May, 2013.

MICHAEL B. LEE, P.C.      Weide & Miller, Ltd.

  /s/  Michael Lee        /s/ Kendelee Works
MICHAEL B. LEE, ESQ. (NSB 10122)      KENDELEE L. WORKS, ESQ. (NSB9611)
2000 So. Eastern Avenue      7251 W. Lake Mead Blvd, #530
Las Vegas, Nevada 89104      Las Vegas, Nevada 89128
Telephone: (702) 477.7030      Telephone: (702) 382.4804
Facsimile: (702) 477.0096      Facsimile: (702) 382.4805
mike@mblnv.com      kworks@weidemiller.com
Attorneys for Plaintiff      Attorney for Mariea Defendants

## ORDER

Based on the foregoing **STIPULATION AND ORDER TO REMAND TO STATE COURT**, **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that this matter is remanded to state court.

**DATED** this 28th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge

Respectfully Submitted By:

MICHAEL B. LEE, P.C.

  /s/ Michael Lee_____
MICHAEL B. LEE, ESQ. (NSB 10122)
2000 So. Eastern Avenue
Las Vegas, Nevada 89104
Telephone: (702) 477.7030
Facsimile: (702) 477.0096
Attorneys for Plaintiff